# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| KAREEM HARGETT, | ) |
| Plaintiff, | ) ) ) ) Case No. 1:21-cv-00197-RGA |
| v. | ) ) |
| NANTKWEST, INC., PATRICK SOON-SHIONG, BARRY J. SIMON, JOHN C. THOMAS, JR., FRED DRISCOLL, MICHAEL BLASZYK, CHERYL COHEN, NECTARINE MERGER SUB, INC., and IMMUNITYBIO, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 18, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*